

# Law Offices of Carlos H. Acosta, Jr., LLC

### Attorney At Law

4617 Bergenline Avenue
2nd Floor
Union City, New Jersey 07087
Phone/Fax: (201) 223-6660

December 11, 2021

<u>VIA E-COURTS</u>
Hudson County Superior Court
Law Division Filing Clerk
First Floor, Brennan Courthouse
583 Newark Avenue
Jersey City, New Jersey 07306

      Re:    Benjamin Pena vs. William A. Colgrove, et al.
            Date of Loss:     December 16, 2019

Dear Sir/Madam:

Enclosed herein please find a copy of our Complaint in this matter for E-filing. Kindly mark your file accordingly.

I thank you for your cooperation in this regard.

Very truly yours,

Carlos H. Acosta, Jr.

CHA/mao
Encl.
cc:  Mr. Benjamin Pena

CARLOS H. ACOSTA, JR.-NJ ATTORNEY ID: 033081996
LAW OFFICES OF CARLOS H. ACOSTA, JR., LLC
**4617 Bergenline Avenue**
**Second Floor**
**Union City, New Jersey 07087**
**Tel. (201) 223-6660**
**Fax (201) 223-1188**
**Attorney for Plaintiff(s)**

|  |  |
|---|---|
| BENJAMIN PENA,<br><br>Plaintiff,<br><br>-vs-<br><br>WILLIAM A. COLGROVE and/or JOHN DOE (fictitious name representing unknown defendants), BROOKE SYSTEM INC. and/or XYZ CORP. (fictitious name representing unknown defendants),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:  HUDSON COUNTY<br>DOCKET NO:      HUD-L-<br><br><br>CIVIL ACTION<br><br>**COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL AND DEMAND FOR ANSWERS TO INTERROGATORIES** |

Plaintiff BENJAMIN PENA, currently residing at 815 Bergenline Avenue, Apartment 153, in the City of Union City, and State of New Jersey, by way of complaint against defendants herein, states as follows:

<u>**COUNT ONE**</u>

1.      On or about December 16, 2019, the Plaintiff BENJAMIN PENA, was operating a motor vehicle in a northerly direction at, or near the intersection of Tonnelle Avenue and 42nd Street, in the Township of North Bergen, County of Hudson and State of New Jersey.

2.      At the aforesaid time and place, the Defendant WILLIAM A. COLGROVE and/or JOHN
DOE (fictitious name representing unknown defendants), was the driver of a motor vehicle and
operated said motor vehicle in a careless and negligent fashion, at an excessive rate of speed,
without regard to traffic circumstances then and there existing, so as to cause and/or contribute
to, the accident and the injuries sustained by the plaintiff herein.

3.      Defendant BROOKE SYSTEM INC. and/or XYZ CORP. (fictitious name representing
unknown defendant), owned the motor vehicle operated by Defendant WILLIAM A. COLGROVE
and/or JOHN DOE (fictitious name representing unknown defendant), and negligently maintained
and entrusted same to Defendant WILLIAM A. COLGROVE and/or JOHN DOE (fictitious name
representing unknown defendant). Defendant WILLIAM A. COLGROVE and/or JOHN DOE
(fictitious name representing unknown defendant), acted as an agent of Defendant BROOKE
SYSTEM INC. and/or XYZ CORP. (fictitious name representing unknown defendant), at the time
of this accident.

4.      As a result of the negligence of these defendants, the plaintiff sustained severe and
grievous personal injuries, and has endured and will in the future endure, great pain and
suffering.

        **WHEREFORE**, plaintiff demands judgment against these defendants, jointly, severally
and/or individually, for money damages, together with interest and cost of suit.

                                    **JURY DEMAND**

        **PLEASE TAKE NOTICE** that Plaintiff demands trial by jury as to all issues contained
in this Complaint.

Dated: December 11, 2021

                                                      Carlos H. Acosta, Jr.,

## DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that CARLOS H. ACOSTA, JR., Esq., is hereby designated as trial counsel in the above-captioned matter pursuant to Rule 4:25-4.

Dated: December 11, 2021

_____
Carlos H. Acosta, Jr.,

## RULE 4:5-1 CERTIFICATION

The matter in controversy of this action is not the subject of any other court or arbitration proceeding, nor is any other court or arbitration proceeding contemplated.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 11, 2021

_____
Carlos H. Acosta, Jr.,

## DEMAND FOR ANSWERS TO INTERROGATORIES

Please be advised that Plaintiff hereby demands answers to the Form "C" and Form "C-1" Uniform Interrogatories, contained in the Appendix of the current edition of the New Jersey Court Rules within the time prescribed by the Rules of Court.

Dated: December 11, 2021

Carlos H. Acosta, Jr.,

# Civil Case Information Statement

**Case Details: HUDSON | Civil Part Docket# L-004775-21**

**Case Caption:** PENA BENJAMIN  VS COLGROVE WILLIAM
**Case Initiation Date:** 12/13/2021
**Attorney Name:** CARLOS H ACOSTA JR
**Firm Name:** CARLOS H. ACOSTA, JR., LLC
**Address:** 4617 BERGENLINE AVE 2ND FL
UNION CITY NJ 07807
**Phone:** 2012236660
**Name of Party:** PLAINTIFF : Pena, Benjamin
**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)
**Document Type:** NJ eCourts Case Initiation Confirmation
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Benjamin Pena? NO**

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
     **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
     **If yes, for what language:**

**Please check off each applicable category:** Putative Class Action? NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

<u>12/13/2021</u>
Dated

<u>/s/ CARLOS H ACOSTA JR</u>
Signed



# New Jersey Police Crash Investigation Report

Page 1 of ☐ Fatal | ☒ Reportable ☐ Non-Reportable ☐ Change Report

**96** 04
**97** 01
**98** 03
**99** 05
**100a** 01
**100b** 04
**101** 01
**102** 01
**103** 01
**104** 02
**105** 02
**106** 01
**107** 04
**108** 23
**109** 01
**110** 02
**111** 01
**112** ----
**113** ----
**114** ----
**115** ----
**116** 01
**117** 01

**118a** 02
**118b** ----
**119a** 25
**119b** ----
**120** 01
**120b** ----
**121a** 01
**121b** ----
**122** 01
**123** 01
**124** 04
**125** 04
**126a** 26
**126b** ----
**126c** ----
**126d** ----
**126e** 26
**127a** 26
**127b** ----
**127c** ----
**127d** ----
**128** 26
**129** 03
**130** 04
**131** 08
**132** 09
**133** 03
**134** 03

| Field | Value |
|---|---|
| 1. Case Number | 19-143312 |
| 10. Crash Occurred On | 4200 Tonnelle Ave |
| 11. Speed Limit | |
| 12. Route No. | Suffx. | 13. Milepost | |
| 2. Police Dept. of | North Bergen | Code 0 1 |
| Road Name | Tonnelle Ave |
| 18. Speed Limit | |
| 3. Station/Precinct | | Dir | |
| At Intersection with | ☐ Feet ☐ Miles | ☒N ☐E ☐S ☐W | or Tonnelle Ave / 43rd St |
| 19. ☐To ☐From | 17. Cross Road Name/Route No. | Ramp |
| 4. Date of Crash mm.dd.yy | 12 16 19 |
| 5. Day of Week Su (M) Tu W Th F Sa | 6. Time (use 2400 hrs.) 16 01 |
| 7. Municipality Code 0 9 0 8 | 8. Total Killed | 9. Total Injured 2 |
| 21. Latitude | 20. Route Name/Route No. | 22. Longitude |

| | 23. Veh. # 1 | 24. Policy No. ** | 25. N.J. Ins. Code ** | | 53. Veh. # 2 | 54. Policy No. 909 964 875 | 55. N.J. Ins. Code 054 |
|---|---|---|---|---|---|---|---|

☐ Parked ☐ Ped ☐ Pedalcylist ☐ Resp. to Emergency ☐ Hit & Run | ☐ Parked ☐ Ped ☐ Pedalcylist ☐ Resp. to Emergency ☐ Hit & Run

| 26. Driver's First Name | Initial | Last Name | 29. Sex | 56. Driver's First Name | Initial | Last Name | 59. Sex |
|---|---|---|---|---|---|---|---|
| William | A | Colgrove | M | Benjamin | | Pena | M |

| 27. Number & Street | 57. Number & Street |
|---|---|
| 14402 Maries Rd. Apt 449 Vichy | 815 Bergenline Ave Apt 153 |

| 28. City | State | Zip | 58. City | State | Zip |
|---|---|---|---|---|---|
| MO 65580 | | | Union City, NJ 07087-2973 | | |

| 30. Eyes 04 | DL Class A | Restrictions C | Endorsements ---- | 31. State MO | 60. Eyes 1 | DL Class A | Restrictions ---- | Endorsements ---- | 61. State NJ |
|---|---|---|---|---|---|---|---|---|---|

| 32. Driver's License Number | 33. DOB mm.dd.yy 06 04 45 | 34. Expires mm.yy 06/2021 | 62. Driver's License Number | 63. DOB mm.dd.yy 07 15 58 | 64. Expires mm.yy 07/22 |
|---|---|---|---|---|---|

| 35. Owner's First Name ☐ Same as Driver Brooke System Inc. | Initial | Last Name | 65. Owner's First Name ☒ Same as Driver | Initial | Last Name |
|---|---|---|---|---|---|

| 36. Number & Street | 66. Number & Street |
|---|---|
| 4967A NE Goodview Circle | |

| 37. City | State | Zip | 67. City | State | Zip |
|---|---|---|---|---|---|
| Lees Summit, MO 64064 | | | | | |

| 38. Make FRHT | 39. Model Trailer | 40. Color Wht | 41. Year 199 | 42. Plate No. | 43. State MO | 68. Make TOY | 69. Model COR | 70. Color WHI | 71. Year 02 | 72. Plate No. | 73. State NJ |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 44. VIN 1FUYSZB3XL787289 | 45. Expires 12/19 | 74. VIN 2T1BR12E92C586171 | 75. Expires 03/20 |
|---|---|---|---|

| 46. Vehicle Removed to: | 76. Vehicle Removed to: |
|---|---|

☒ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded ☐ Left at Scene ☐ Towed Impounded | ☒ Driven ☐ Towed Disabled ☐ Towed Disabled & Impounded ☐ Left at Scene ☐ Towed Impounded

| 47. Authority ☐ Owner ☐ Driver ☐ Police | 77. Authority ☐ Owner ☐ Driver ☐ Police |
|---|---|

| 48. Alcohol Drug Test Given: ☒ No ☐ Yes ☐ Refused Type: ☐ Breath ☐ Blood ☐ Urine Results 0. % ☐ Pending | 49. Hazardous Material ☐ None ☐ On Board ☐ Spill Hazard Class | Placard No. | 78. Alcohol Drug Test Given: ☒ No ☐ Yes ☐ Refused Type ☐ Breath ☐ Blood ☐ Urine Results 0. % ☐ Pending | 79. Hazardous Material ☐ None ☐ On Board ☐ Spill Hazard Class | Placard No. |
|---|---|---|---|

| 50. Carrier No. ☒ USDOT 0757745 ☐ None ☐ MC/MX ---- | 51. GVWR / GCWR (trucks & buses only) ☐ ≤ 10,000 lbs. ☐ 10,001 - 26,000 lbs. ☒ ≥ 26,001 lbs. | 80. Carrier No. ☐ USDOT ------------- ☐ None ☐ MC/MX ---- | 81. GVWR / GCWR (trucks & buses only) ☐ ≤ 10,000 lbs. ☐ 10,001 - 26,000 lbs. ☐ ≥ 26,001 lbs. |
|---|---|---|---|

| 52. Motor Carrier or Government Entity | 82. Motor Carrier or Government Entity |
|---|---|

| Number & Street | Number & Street |
|---|---|

| City | State | Zip | City | State | Zip |
|---|---|---|---|---|---|

135. Damage to Other Property ☐ Yes (if Yes, describe) ☐ No

| Oper. | 136. Charge | 137. Summons No. | Oper. | 138. Charge | 139. Summons No. |
|---|---|---|---|---|---|
| Oper. | 140. Charge | 141. Summons No. | Oper. | 142. Charge | 143. Summons No. |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants if Deceased: Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 01 | 01 | 05 | 74 | M | ---- | ---- | 1 | 04 | 04 | ---- | | Colgrove, William-14402 Maries Rd. Apt 449 Vichy, MO 65580 |
| B | 2 | 01 | 01 | 05 | 61 | M | ---- | ---- | 1 | 04 | 04 | ---- | | Pena, Benjamin-815 Bergenline Ave Apt 153, Union City, NJ 07087-2973 |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |

NJTR-1 (Rev. 01/17)

| | | | | | New Jersey Police<br>Crash Investigation Report | | | | | Case Number | | 19-143312 | Page 2 of ___ | |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants<br>If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |
| F | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |
| G | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |
| H | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |
| I | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |
| J | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- | |



NOT TO SCALE

42nd & Tonnelle Ave.

Dunkin Donuts

Unit 2

Unit 1

145. Crash Description/Narrative

Driver #1 states that he was traveling north bound on Tonnelle Ave., on the right lane, at which time
Veh #2, rode on the curb, entering his lane and sideswiped him

Driver #2 states he was traveling north bound on Tonnelle Ave., on the right lane, at which time, Veh
#1 was attempting to enter the right lane from the left lane, and he side swiped him. He stated prior to
my arrival, Driver #1 advised him, that he did not see him.

Veh #1 Insurance Information:

Truck Insurance Agency          NAIC # 11371    Policy #: GWP54876L
130 E. MacArthur St.  #202
Shawnee, OK 74804

| 146. Officer's Signature | 147. Badge # | 148. Reviewer | Badge # | 149. Case Status |
|---|---|---|---|---|
| PO Jennifer Fernandez 122 | | GHENRY | | ☐ Pending  ☑ Complete |

NJTR-1 (Rev. 01/17)

Page___Of___

| New Jersey Police Crash Investigation Report | Police Dept. North Bergen | Code 0 1 |
|---|---|---|
| Motor Vehicle Crash Description | Station | Case No. 19-143312 |



NOT TO SCALE

42nd & Tonnelle Ave.

Unit 1

Unit 2

P.O.I.

Dunkin Donuts

NJTR-1B (rev 01/17)

PO Jennifer Fernandez 122
Officer's Signature

Badge Number

262676348

OUT-LTR TO CLAIMANT

1 Page(s)

# EXHIBIT C



# John R. Ashcroft
## Missouri Secretary of State

## MISSOURI ONLINE BUSINESS FILING

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |
|---|---|---|---|---|---|

## Gen. Business - For Profit Details as of 2/1/2022

Required Field *

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.



| RETURN TO SEARCH RESULTS | | Create Filing | | FILE ONLINE |
|---|---|---|---|---|

Acceptance of a General Business to a Non Profit

ORDER COPIES/ CERTIFICATES

| General Information | Filings | Principal Office Address | Contact(s) |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Name(s) | BROOKE SYSTEMS, INC. | Principal Office Address | 4967 NE Goodview Circle, Ste. A Lee's Summit, MO 64064 |
| Type | Gen. Business - For Profit | Charter No. | 00357659 |
| Domesticity | Domestic | Home State | MO |
| Registered Agent | EVERETT J. ARNOLD 772 NW 1801 Rd Bates City, MO 64011 | Status | Good Standing |
| Date Formed | 9/24/1991 | | |
| Duration | Perpetual | | |
| Renewal Month | January | | |
| Report Due | 4/30/2023 | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

Hey there! I am an A.I. chatbot, let's talk.



1/1

# EXHIBIT D

Page:5 of 16 - Date:3/8/2021 Time:10:54:46 AM CST - CSID: -Transmission Time:1158 Seconds

From: Siliva Ortez          Fax: 12012236670          To:          Fax: (800) 833-1851          Page: 5 of 16          03/08/2021 11:35 AM

*PAR*
*Park Avenue Rehabilitation*
*323 – 60ᵗʰ Street*
*West New York, NJ 07093*
*(201) 861-6800*

January 14, 2021

Mescall & Acosta
4617 Bergenline Ave 2nd Floor
Union City, NJ 07087

Re: Benjamin Pena
D/A: December 16, 2019

Dear Mr. Acosta,

The following is a narrative report concerning the injuries of Benjamin Pena, sustained as a result of an accident on December 16, 2019.

The patient presented himself for examination and treatment at this office on February 19, 2020, at which time he stated that on December 16, 2019, he was involved in an automobile collision, in which injuries to the neck, upper back, mid back, and low back were sustained. The patient further stated that he was the restrained driver of a vehicle hit from the left rear by another vehicle.

The patient was also seen by Dr. David Deramo, M.D. since the accident date.

The patient was employed as a truck driver and has missed occasional days of work since the day of the accident.

The patient's stated past medical history includes: a prior automobile accident on January 14, 2017.

## COMPLAINTS
The patient's stated complaints and limitations caused by the above accident include: headache, neck pain and stiffness, upper back pain and stiffness, mid back pain and stiffness, low back pain and stiffness, pain radiating in shoulders, pain and numbness radiating into right arm and leg. Difficulty in prolonged sitting, excessive bending, in riding in vehicle, and standing after sitting.

## PHYSICAL EXAMINATION
The physical examination of the patient in our office reveals a 61 year old male with a height of 5" 10' and weighing 190 lbs. He appears anxious due to obvious discomfort from his numerous body aches. He ambulates with a protective stance. Vital signs are as follows: Blood pressure is 118/80.

## HEENT

His head is atraumatic without scars, abrasions, or contusions. There is moderate to severe tenderness along the base of the occiput right. There is no facial tenderness noted.

## CERVICAL SPINE

Examination of the cervical spine and the paravertebral musculature reveal tenderness upon digital palpation of the C1-C7 spinous processes. The surrounding cervical musculature shows palpable muscle spasm, tenderness, and pain bilaterally of the musculature. The Foraminal Compression Test was positive in the cervical and thoracic region. The Cervical Distraction Test was positive with decreased pain. The Shoulder Depression Test was positive on the right. Occipital tenderness noted on the right side.

The range of motion of the cervical spine was performed on February 19, 2020 revealed flexion limited to 40 degrees; extension to 35 degrees; left lateral flexion to 30 degrees; right lateral flexion to 25 degrees; left rotation to 55 degrees; right rotation to 50 degrees. The final range of motion of the cervical spine performed on November 12, 2020 shows flexion to 55 degrees; extension to 60 degrees; left lateral flexion to 40 degrees; right lateral flexion to 35 degrees; left rotation to 75 degrees; right rotation to 70 degrees.

The Biceps Tendon reflexes was +1 on the right and +2 on the left. The Triceps Tendon reflexes was +1 on the right and +2 on the left. The Soto Hall Test was positive at the cervical and thoracic spinal levels. The Brachioradial Deep Tendons reflexes were +2 on the left and +1 on the right.

## DORSAL SPINE

The examination of the thoracic spine and the paravertebral musculature demonstrated: palpable tenderness, spasm and pain bilaterally. Palpation of the spinous processes produced tenderness over the T1-T5, T10-T12 spinal levels. Palpable tenderness and muscle spasm noted in bilateral trapezius muscles.

## LUMBOSACRAL SPINE

Lumbosacral spine examination revealed: Tenderness, spasm and pain upon palpation of the spinous processes and paravertebral musculature. There was tenderness upon palpation of the L1-S1 spinous processes. The Sacral-Apex Pressure Test was positive bilaterally. Ely's Test was positive on the right. Yeoman's Test was positive bilaterally. Hibb's Test was positive bilaterally. The Fabere-Patrick Test was positive on the right. Kemp's Test positive on the right. Patellar Tendon Reflex was +1 on the right and +2 on the left. The Achilles Tendon Reflexes was +1 on the right and +2 on the left.

The range of motion of the thoraco-lumbar spine performed on February 19, 2020 demonstrated flexion limited to 60 degrees; extension to 15 degrees; left lateral flexion to 30 degrees; right lateral flexion to 25 degrees; left rotation to 30 degrees; right rotation to 25 degrees. The final range of motion of the thoraco-lumbar spine performed on November 12, 2020, shows flexion to 85 degrees; extension to 20 degrees; left lateral flexion to 40 degrees; right lateral flexion to 40 degrees; left rotation to 35 degrees; right rotation to 35 degrees.

## RADIOGRAPHIC EXAMINATION

An MRI was performed on the patient on June 16, 2020 at Paramus MRI and on July 8, 2020 at Hudson River Radiology. The results are as follows:

## CERVICAL SPINE:

1. There is motion artifact degrading some of the images
2. Disc herniations exerting pressure on the thecal sac, C3-C4, C4-C5,C5-C6, and C6-C7 levels as described above. Slight grade I retrolisthesis of C3 over C4. There is significant foraminal stenosis at these levels. There is bone marrow edema within and around the left facet joint likely on inflammatory/degenerative basis.
3. Disc bulging, C2-C3 and C7-T1.
4. Disc Bulges or herniations in the visualized thoracic spine.
5. There is mild straightening of the cervical spine suggesting muscle spasm.
6.

## LUMBAR SPINE:

1. L5-S1 interval progressive loss of disc height and again seen is a broad-based posterior disc bulge and endplate osteophyte formation detected extending into the neural foramina. There is moderate to severe bilateral neural foraminal narrowing. There is mild to moderate facet arthropathy. No evidence of spinal stenosis.
2. L4-L5 again seen is a broad-based posterior disc bulge and there is a new annular tear and left foraminal disc herniation detected. There is mild to moderate facet arthropathy. The findings result in moderate to severe narrowing of the left lateral recess and neural foramen compressing the exiting left L4 nerve root. No evidence of spinal stenosis.
3. L3-L4 again seen is a broad-based posterior disc bulge. There is effacement of the ventral thecal sac and moderate bilateral neural foraminal narrowing. No evidence of spinal stenosis.
4. L2-L3 loss of disc height and broad-based posterior disc bulge and small endplate osteophyte formation detected having progressed since the prior MRI resulting in effacement of the ventral thecal sac and moderate left lateral recess and neural foraminal narrowing and mild right neural foraminal narrowing. No evidence of spinal stenosis.
5. L1-L2 again seen is a disc bulge resulting in effacement of the ventral thecal sac and bilateral neural foraminal narrowing. No evidence of spinal stenosis.

I have reviewed the MRI and agree with the reported impressions of Steven Meyerson, M.D. and John M. Athas, M.D.

## TREATMENT

The patient was placed on a conservative program of specific spinal and progressive physical therapy and exercises, which included: ultrasound therapy, motorized traction, therapeutic massage, interferential therapy, hydrocollator packs-moist heat, and electrical muscle stimulation.

## DIAGNOSIS

The final diagnosis for this patient includes: cephalgia, cervical radiculopathy, lumbar radiculopathy, muscle spasm, herniation of cervical discs at C3-C4,C4-C5, C5-C6, C6-C7 and displacement of cervical intervertebral discs at C2-C3, C7-T1, herniation of lumbar disc at L4-L5, and displacement of lumbar intervertebral discs at L1-L2, L2-L3, L3-L4, L5-S1.

**PROGNOSIS**

The herniation of the cervical and lumbar discs at C3-C4,C4-C5, C5-C6, C6-C7, L4-L5 and bulge of the cervical and lumbar discs at the C2-C3,C7-T1, L1-L2, L2-L3,L3-L4,L5-S1 spinal levels, the associated cervical and lumbar radiculopathy, along with the limitations in the ranges of motion of the cervical and lumbar spines are casually related to the above noted automobile accident and are significant.

The patient, Benjamin Pena has sustained a Type 6 permanent injury (NJSA 39:6 A-8), that being a permanent injury within a reasonable degree of medical probability other than scarring or disfigurement. My permanent injury diagnosis is based on the cervical and lumbar MRI's, limited range of motion, positive orthopedic tests, and impairment that interferes with the patient's activities of daily living. Benjamin Pena suffers from pain/discomfort while sitting, attempting to bend, riding/driving in vehicle, and attempting to stand/walk after sitting.

Benjamin Pena has had a prior automobile accident on January 14, 2017 resulting in disc bulges at the L1-L2, L2-L3, L3-L4, L4-L5 and L5-S1 levels.  He stated that he initially had some residual complaints of pain after his final treatment for that accident in August 2017 but had been asymptomatic just prior to the recent accident of December 2019. The most recent lumbar spine MRI, performed June 16, 2020, resulted in a similar and worsening impressions of multiple disc bulges but now, a new foraminal disc herniation is noted at the L4-L5 disc level. The most recent accident also resulted in a severe neck injury to which a July 8, 2020 cervical MRI demonstrated C3-C4, C4-C5, C5-C6, C6-C7 disc herniations and C2-C3, C7-T1 disc bulges. I have reviewed these current films and agree with the impressions of John Athas, MD, Board Certified Neuroradiologist and Steven Meyerson, M.D. The exacerbation of the previous    disc bulges in the lumbar spine as well as the additional new L4-L5 disc herniation and multiple cervical spines disc displacements are, in my medical opinion, a direct result of the most recent automobile accident of December 16, 2019.

It is my opinion that, within a reasonable degree of medical probability, that in combination with the limitation of the range of motion of the cervical, thoracic, and lumbar spines, the positive orthopedic tests, positive pain and spasm noted on palpation, the herniation and bulge of the cervical and lumbar discs, along with the subjective and objective clinical findings, the patient, Benjamin Pena, has sustained a significant and permanent impairment of the neck and back function, and will continue to experience spasms and limitations of use of these areas.

This injury is permanent in nature.  Permanent injuries in which a body part or organ, or both, have not healed to function normally, and based upon medical probability, will not heal to function normally with further medical treatment.

Respectfully,

Joseph A. Mezyk, D.C.
JAM/dd